# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. ROQUEMORE,<br><br>                        Plaintiff,<br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>                        Defendant. | CASE NO. 08CV68<br><br>ORDER: (1) GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*; AND (2) DIRECTING CLERK TO ISSUE SUMMONS<br><br>[Doc. No. 2.] |

Presently before the Court is plaintiff John D. Roquemore's motion to proceed *in forma pauperis*. Based on the information contained in plaintiff's declaration, the Court hereby GRANTS plaintiff *in forma pauperis* standing.

The Clerk of the Court is directed to issue a summons to the Commissioner of the Social Security Administration.

**IT IS SO ORDERED.**

DATED: January 23, 2008

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**