cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. ROQUEMORE, ) | Civil No.08cv0068 IEG (AJB) |
| ) | |
| Plaintiff, ) | ORDER RE: PRETRIAL MOTION CUT |
| v. ) | OFF |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 16.1(e)(3) of the Local Rules, Early Neutral Evaluation/Case Management Conferences are not required in Social Security cases. Accordingly,

IT IS HEREBY ORDERED that all pretrial motions in this case must be ***filed*** with ***JudgeGonzalez*** on or before ***June 6, 2008.*** <u>Motions shall be filed in compliance with the timing requirements set forth in Local Civil Rule 7.1 (e)(7) (i.e. motions must be filed at least 60 days prior to the date for which the matter is noticed)</u>. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **Be further advised that the period of time between the date of request for a motion date and the hearing date may be up to two months. Please plan accordingly**. For example, you may have to contact the judge's law clerk two months in advance of the motion cut-off to calendar the motion. Failure to timely request a motion date may result in the motion not being heard. ///
///

1 | <u>Motions will not be heard on the above date unless you have obtained that date from the judge's law clerk.</u>

   IT IS SO ORDERED.

DATED:  April 10, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court