# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. ROQUEMORE,<br><br>          Plaintiff,<br> vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>          Defendant. | CASE NO. 08CV68<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE ALL PRETRIAL MOTIONS<br><br>[Doc. No. 10.] |

   Presently before the Court is a joint motion to extend the time to file all pretrial motions an additional 60 days until August 8, 2008. For good cause appearing, the motion is granted. Accordingly, plaintiff John D. Roquemore shall file and serve his motion for summary judgment on or before June 9, 2008. Defendant, Commissioner of Social Security, will file and serve his cross motion for summary judgment on or before July 7, 2008.

**IT IS SO ORDERED.**

**DATED: April 28, 2008**

                    _____
                    **IRMA E. GONZALEZ, Chief Judge
                    United States District Court**