# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

John D. Roquemore

V.

Michael J. Astrue, Commissioner of Social Security Administration

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv68-IEG(AJB)

FILED
SEP 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **DENIES** plaintiff's motion for summary judgment and **GRANTS** the Commissioner's cross-motion for summary judgment. The decision of the Commissioner is **AFFIRMED**. Case is closed.

September 15, 2008
Date

W. Samuel Hamrick, Jr.
Clerk

J. Haslam
(By) Deputy Clerk

ENTERED ON September 15, 2008

08cv68-IEG(AJB)